U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LOVELL RAPHAEL SMITH

       PLAINTIFF,          **Civil Action No. 11-14429**
                                Judge Victoria A. Roberts

v.

COMMISSIONER OF SOCIAL SECURITY,

       DEFENDANT.

_____/

DETROIT LEGAL SERVICES, PLLC
BY:  JOSHUA L. MOORE – P71021
Attorney for Plaintiff
16861 Greydale
Detroit, MI  48219
(313) 673-5472

ASSISTANT U.S. ATTORNEY
WILLIAM L. WOODARD – P27404
Attorney for Defendant
211 W. Fort Street, Suite 2001
Detroit, MI  48226
313-226-9793

_____

**ORDER GRANTING MOTION FOR ATTORNEY FEES**

     Plaintiff filed a Motion for Attorney Fees.  (Doc. 21).   Defendant responded and has no objections.

     Plaintiff is awarded attorney fees and expenses in the amount of $3,262.50 and no costs, in full satisfaction of all claims under the Equal Access to Justice Act.

     **IT IS ORDERED**.

s/Victoria A. Roberts  
Victoria A. Roberts  
United States District Judge

Dated: March 15, 2013